T12-0083

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DISTRICT

| | |
|---|---|
| **MELANIE NIXON, individually and as parent and next friend of the minor child, A.N.,** ) ) ) ) | |
| **PLAINTIFF** ) ) | |
| **V.** ) ) | No. 1:12-cv-01125 JDB<br>**JURY DEMAND** |
| **HARDIN COUNTY BOARD OF EDUCATION, JOHN THOMAS, Director of Schools; STEPHEN HAFFLY, Principal of Hardin County Middle School; and STACEY STRICKLIN, Assistant Principal of Hardin County Middle School, all in their official and individual capacities,** ) ) ) ) ) ) ) ) | |
| **DEFENDANTS.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Come the parties, by and through their respective attorneys, and would state to the Court that the above-styled matter should be dismissed with prejudice; whereupon the Plaintiffs, Melanie Nixon, individually and as parent and next friend of the minor child, A.N. move the Court that this case be dismissed with prejudice.  The Court is pleased to and does grant said Motion to Dismiss this cause with prejudice.

It is therefore ORDERED, ADJUDGED AND DEGREED that this cause be, and the same is hereby, dismissed with prejudice.  Further, the Plaintiffs, Melanie Nixon, individually and as parent and next friend of the minor child, A.N. and their legal counsel shall not file for costs or otherwise seek to recover any costs incident to this cause, including attorneys' fees.

ENTER this the 13th day of November, 2014.

                                             **s/ J. Daniel Breen**
                                       CHIEF JUDGE, U.S. DISTRICT COURT

APPROVED FOR ENTRY:

PURCELL, SELLERS & CRAIG, INC.

By:  s/ Jennifer C. Craig
      Charles M. Purcell (#12461)
      Jennifer C. Craig (#20036)
      Attorneys for Defendants
      Jackson, Tennessee 38305
      (731) 300-0737
      Jennifer@psclegal.com


WOOTEN LAW OFFICE


BY:   s/William A. Wooten

      WILLIAM A. WOOTEN, TN (#026674)

      120 Court Square East

      Covington, TN 38019

      (901) 475-1050
      wawooten@gmail.com