# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
**Eastern Division**

## JUDGMENT IN A CIVIL CASE

MELANIE NIXON, individually and
as parent and next friend of the minor
child, A.N.,,

        Plaintiff,

v.                                                                  Civil Action No. 1:12-cv-1125-JDB/egb

HARDIN COUNTY BOARD OF
EDUCATION, JOHN THOMAS, Director
of Schools; STEPHEN HAFFLY, Principal
of Hardin County Middle School; and
STACY STRICKLIN, Assistant Principal
of Hardin County Middle School, all in
their official and individual capacities,

        Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order, entered in the above-styled matter on 11/13/2014, this cause is hereby dismissed with prejudice. The Plaintiffs, Melanie Nixon, individually and as parent and next friend of the minor child, A.N. and their legal counsel shall not file for costs or otherwise seek to recover any costs incident to this cause, including attorneys' fees.

**APPROVED:**

                           s/J. Daniel Breen
                           **Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**